[No. 4208-1.    Division One.    November 15, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN GEORGE HAVERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72948, Norman B. Ackley, J., entered September 24, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.

[No. 4609-1.    Division One.    November 15, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. L'RODNEY CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 75047, Herbert M. Stephens, J., entered April 2, 1976. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.

[No. 1859-3.    Division Three.    November 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD CHARLES SPRINGFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23821, Donald N. Olson, J., entered January 29, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3620-1.    Division One.    November 22, 1976.]

TRAVELERS INSURANCE COMPANY, *Appellant*, v. ELMER H. HALL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 124566, Thomas G. McCrea, J., entered February 4, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Farris, J.